**Stephen TAPP, Plaintiff–Appellant**

v.

**UNIVERSITY OF TEXAS HEALTH SCIENCES CENTER AT HOUSTON-SCHOOL OF DENTISTRY; John A. Valenza; J Taylor, Defendants–Appellees.**

**No. 12–20619.**

United States Court of Appeals, Fifth Circuit.

Aug. 13, 2013.

Martin J. Cirkiel, Cirkiel & Associates, P.C., Round Rock, TX, for Plaintiff–Appellant.

Darren Glenn Gibson, Assistant Attorney General, Office of the Attorney General, Austin, TX, for Defendants–Appellees.

Before REAVLEY, ELROD, and GRAVES, Circuit Judges.

PER CURIAM: *

With regard to Plaintiff's claims under the Americans with Disabilities Act and the Rehabilitation Act, dismissal on the grounds that the claims were not timely filed is affirmed for essentially the reasons given by the district court in its Memorandum and Order filed December 19, 2011. With regard to Plaintiff's 42 U.S.C. § 1983 claim, dismissal based on qualified immunity is affirmed for essentially the reasons given by the district court in its Memorandum and Opinion filed August 6, 2012.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.